This case having been appealed from an inferior court to the county court and the fine imposed in that court not exceeding $100, it could not be appealed to the Court of Criminal Appeals by reason of article 53, C.C.P.1925. There are many decisions to the effect that the Court of Criminal Appeals is without jurisdiction in cases appealed from the justice court to the county court in which the fine imposed is less than $100. See Alkek v. State, 113 Tex. Cr.R. 400, 22 S.W.(2d) 454; Nichols v. State (Tex.Cr.App.) 84 S.W.(2d) 725; Lindley v. State (Tex.Cr.App.) 55 S.W. (2d) 846; and other cases cited in Vernon's Ann.C.C.P., 1925, vol. 1, art. 53, and notes thereunder.

The appeal is dismissed.

## O'SHEA v. STATE.

### No. 18471.

Court of Criminal Appeals of Texas.

June 10, 1936.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

LATTIMORE, Judge.

Conviction for robbery; punishment, eight years in the penitentiary.

The record is here without statement of facts or bills of exception. All matters of procedure appearing regular, the judgment is affirmed.